WENDY MEDURA KRINCEK, ESQ., Bar # 6417
DUSTIN L. CLARK, ESQ., Bar # 10548
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:          702.862.8811

Attorneys for Petitioners
24 HOUR FITNESS USA, INC. and SPORT FITNESS CLUBS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>Petitioners,<br><br>vs.<br><br>STEPHEN RANDOLPH,<br><br>Respondent. | Case No. 2:11-cv-2003-PMP-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioners 24 HOUR FITNESS USA, INC. dba 24 HOUR FITNESS and SPORT AND FITNESS CLUBS OF AMERICA, INC. dba 24 HOUR FITNESS (collectively "24 Hour Fitness") by and through their counsel of record, hereby give notice of their voluntary dismissal without prejudice of this action against Respondent, Stephen Randolph ("Respondent").  In support of this notice, Petitioner would note that no answer or motion for summary judgment has been filed in this matter by Respondent.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1 | 24 Hour Fitness requests that the clerk terminate this action with each party to bear their own

2 | attorney's fees and costs with respect to this action.

4 | Dated: October 5th, 2012

Respectfully submitted,

/s/ _____
WENDY MEDURA KRINCEK, ESQ.
DUSTIN L. CLARK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Petitioners
24 HOUR FITNESS USA, INC. and SPORT
FITNESS CLUBS OF AMERICA, INC.

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  October 9, 2012.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.